**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western  District of  North Carolina
(State)

Case number (*if known*): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a *joint* case--and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1. Your full name** | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Moussa <br> First name <br><br> <br> Middle name <br><br> Bamba <br> Last name <br><br> <br> Suffix (Sr., Jr., II, III) | Hortense <br> First name <br><br> Gisele <br> Middle name <br><br> Bamba <br> Last name <br><br> <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** | Include your married or maiden names. | First name <br><br> Middle name <br><br> Last name <br><br> First name <br><br> Middle name <br><br> Last name | First name <br><br> Middle name <br><br> Last name <br><br> First name <br><br> Middle name <br><br> Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | | xxx – xx – 2873 <br><br> OR <br><br> 9xx – xx – _____ | xxx – xx – 4506 <br><br> OR <br><br> 9xx – xx – _____ |

| Debtor 1 | **Moussa** | | **Bamba** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>**Mus Macaron, LLC**<br>Business name<br><br>_____<br>Business name<br><br>__47__ - __5208278_____<br>EIN<br><br>_____ - _____<br>EIN | ☐ I have not used any business names or EINs.<br><br>**Gigi's Macaron, LLC**<br>Business name<br><br>_____<br>Business name<br><br>__47__ - __5208215_____<br>EIN<br><br>_____ - _____<br>EIN |

| | | | If Debtor 2 lives at a different address: |
|---|---|---|---|
| **5.** | **Where you live** | **15119 Callow Forest Dr.**_____<br>Number       Street<br><br>_____<br><br>**Charlotte, NC  28273**_____<br>City                    State   Zip Code<br><br>**Mecklenburg**_____<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number       Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                    State   Zip Code | _____<br>Number       Street<br><br>_____<br><br>_____<br>City                    State   Zip Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number       Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                    State   Zip Code |

| | | *Check one:* | *Check one:* |
|---|---|---|---|
| **6.** | **Why are you choosing *this district* to file for bankruptcy** | ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ | ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br><br>_____<br>_____<br>_____<br>_____ |

| Debtor 1 | Moussa | | Bamba | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:**     **Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

---

**8. How will you pay the fee**

- [x] **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- [ ] **I need to pay the fee in installments.**  If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A)

- [ ] **I request that my fee be waived.**  (You may request this option only if you are filing for

---

**9. Have you filed for bankruptcy within the last 8 years?**

- [x] No
- [ ] Yes

| District | When | Case number |
|---|---|---|
| | MM / DD / YYYY | |
| District | When | Case number |
| | MM / DD / YYYY | |
| District | When | Case number |
| | MM / DD / YYYY | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [x] No
- [ ] Yes

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |
| | MM / DD / YYYY | |
| Debtor | | Relationship to you |
| District | When | Case number, if known |
| | MM / DD / YYYY | |

---

**11. Do you rent your residence?**

- [x] No    Go to line 12.
- [ ] Yes    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - [ ] No    Go to line 12.

  - [ ] Yes    Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | Moussa | | Bamba | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No    Go to part 4.

☒ Yes    Name and location of business

Gigi's Macaron, LLC
Name of business, if any

1111 Metropolitan Ave.
Number        Street

Ste. 120

Charlotte                                        NC        28204
City                                            State    Zip Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in U.S.C. § 101(51B))

☐ Stockbroker (as defined in U.S.C. § 101(53A))

☐ Commodity Broker (as defined in U.S.C. § 101(6))

☒ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D)

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set the appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in U.S.C. § 1116(1)(B).

☒ No    I am not filing under Chapter 11.

☐ No    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes    I am filing under Chapter 11, and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☒ No

☐ Yes    What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?
                        Number        Street

                        City                    State    Zip Code

| Debtor 1 | _Moussa_ | | _Bamba_ | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again

---

**About Debtor 1:**

*You must check one:*

[x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

[x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

[ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

[ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

[ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | Moussa | | Bamba | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 6:    Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

[x] No. Go to line 16b.
[ ] Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

[ ] No. Go to line 16c.
[x] Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

[ ] No. I am not filing under Chapter 7. Go to line 18.
[x] Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

[x] No
[ ] Yes

**18. How many creditors do you estimate that you owe?**

[x] 1 - 49
[ ] 50 - 99
[ ] 100 - 199
[ ] 200 - 999
[ ] 1,000 - 5,000
[ ] 5,001 - 10,000
[ ] 10,001 - 25,000
[ ] 25,001 - 50,000
[ ] 50,001 - 100,000
[ ] More than 100,000

**19. How much do you estimate your assets to be worth?**

[ ] $0 - $50,000
[ ] $50,001 - $100,000
[x] $100,001 - $500,000
[ ] $500,001 - $1,000,000
[ ] $1,000,001 - $10 million
[ ] $10,000,001 - $50 million
[ ] $50,000,001 - $100 million
[ ] $100,000,001 - $500 million
[ ] $500,000,001 - $1 billion
[ ] $1,000,000,001 - $10 billion
[ ] $10,000,000,001 - $50 billion
[ ] More than $50 billion

**20. How much do you estimate your liabilities to be?**

[ ] $0 - $50,000
[ ] $50,001 - $100,000
[ ] $100,001 - $500,000
[x] $500,001 - $1,000,000
[ ] $1,000,001 - $10 million
[ ] $10,000,001 - $50 million
[ ] $50,000,001 - $100 million
[ ] $100,000,001 - $500 million
[ ] $500,000,001 - $1 billion
[ ] $1,000,000,001 - $10 billion
[ ] $10,000,000,001 - $50 billion
[ ] More than $50 billion

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X    /s/ M. Bamba                              X    /s/ H. Bamba
Signature of Debtor 1                              Signature of Debtor 2

Executed on    09/29/2017                    Executed on    09/29/2017
MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1    Moussa          Bamba          Case number (if known) _____

First Name       Middle Name       Last Name

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by U.S.C. § 342(b) and, in a case which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X   /s/ BLWhite                Date   9/29/2017
Signature of Attorney for Debtor               MM / DD / YYYY

Barbara L. White
Printed name

Barbara L. White, Attorney at Law
Firm name

1101 South Blvd.
Number      Street

Ste. 201

Charlotte, NC  28203
City                State       Zip Code

Contact phone   704-374-9411       Email address   barbara@barbaralwhite.com

10105, NC
Bar number              State

---

| Debtor 1 | Moussa | | Bamba |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Hortense | Gisele | Bamba |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    Western    District of    North Carolina
(State)

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No  Go to Part 2.
☒ Yes. Where is the property?

1.1  15119 Callow Forest Dr.
Street address, if available, or other description

Charlotte, NC  28273
City          State   Zip Code

Mecklenburg
County

**What is the property?** Check all that apply.

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $ 296,868.00

**Current value of the portion you own?**  $ 50,576.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy by the entirety

**Who has a interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check of this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:    20123420

If you own or have more than one, list here:

1.2  206 Oakton Glen
Street address, if available, or other description

Charlotte, NC  28262
City          State   Zip Code

Mecklenburg
County

**What is the property?** Check all that apply.

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $ 130,200.00
(taxable value)

**Current value of the portion you own?**  $ 0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Joint tenants

**Who has a interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:    02123420

Debtor 1  Moussa _____ Bamba _____    Case number (if known) _____
First Name    Middle Name    Last Name

---

**1.3**

Street address, if available, or other description
_____

_____

City          State    Zip Code

_____

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building

☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property

☐ Timeshare
☐ Other _____

**Who has a interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $ _____

**Current value of the portion you own?**  $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check of this is community property
(see instructions)

---

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................................. ->   $ 50,576.00

---

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it in *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, sport utility vehicles, motorcycles**

☐ No
☒ Yes

**3.1** Make:  Mercedes

Model:  E350

Year:  2008

Approximate mileage:  132,278

Other information:

VIN: WDBUF87X28B216044

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 4,000.00 (CarMax)   $ 0.00

If you own or have more than one, list here:

**3.2** Make:  Nissan

Model:  Quest

Year:  2004

Approximate mileage:  132,990

Other information:

VIN: NqBU28B84N329966

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 3,800.00   $ 3,800.00

Official Form 106A/B                                         **Schedule A/B: Property**                                        Page 2

Debtor 1 ___Moussa_____   Case number (if known) _____

       First Name        Middle Name        ___Bamba___    Last Name

---

**3.3** Make: _____

      Model: _____

      Year: _____

      Approximate mileage: _____

      Other information:

      [_____]

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

**3.4** Make: _____

      Model: _____

      Year: _____

      Approximate mileage: _____

      Other information:

      [_____]

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, and accessories**

     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- [x] No
- [ ] Yes

**4.1** Make: _____

      Model: _____

      Year: _____

      Other information

      [_____]

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

**4.2** Make: _____

      Model: _____

      Year: _____

      Other information

      [_____]

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amounts of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ................................................................ –>    $ 3,800.00

Official Form 106A/B        Schedule A/B: Property        Page 3

Debtor 1    _Moussa_                _Bamba_        Case number (if known) _____

       First Name          Middle Name          Last Name

---

**Part 3:**    **Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe.......... | Furniture, Appliances, Lawn furniture, | $ 6,750.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe.......... | TV's, Blue Ray Amplifier | $ 525.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe.......... | | $ _____

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes. Describe.......... | | $ _____

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.......... | | $ _____

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.......... | Everyday clothing, outerwear, work clothes, shoes, accessories | $ 300.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe.......... | Wedding rings | $ 2,000.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe.......... | | $ _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Describe.......... | | $ _____

**15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................ -> | $ 9,575.00

| Debtor 1 | Moussa | | Bamba | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

[x] No

[ ] Yes.................................................................................................................   Cash: ................... $ 0.00

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

[ ] No

[x] Yes.....................        Institution name:

| | | |
|---|---|---|
| 17.1 Checking account: | Bank of America xxx4172 | $ 12.40 |
| 17.2 Checking account: | Bank of America xxx4670 | $ 154.93 |
| 17.3 Savings account: | Bank of America xxx8475 | $ 9.91 |
| 17.4 Savings account: | Bank of America ckgs. 6349 | 2.75 |
| 17.5 Savings account: | UW Credit Union sv. xxx7702 (joint) | $ 134.22 |
| 17.6 Savings Account | UW Credit Union sv. xxx7701 | $ 173.18 |
| 17.7 Other financial account: | Sun Trust ck. xxx4107 | $ 15,007.79 |
| 17.8 Other financial account: | Bank of America (overdraft account) xxx4482 | $ 10.00 |
| 17.9 Other financial account | Bank of America sv xxx1036 | 2.47 |
| 17.10 Other financial account | Bank of America sv. 6352 | 0.01 |
| 17.11 Other financial account | New Dominion Money Market. xxx3171 | $ 3,417.40 |
| 17.12 Other financial acct: | New Dominion Checking xxx8388 | 300.00 |
| 17..13 Other financial acct | Sun Trust ckg. xxx3943 | $ 5.35 |
| 17.14 Other financial account | Sun Trust xxx3950 | 43.79 |
| 17.15 Other financial account | Sun Trust xxx5935 sv. | 1,000.00 |
| 17.16 Other financial account | Sun Trust xxx5950 svg. | 175.00 |
| 17.17 Other financial account | Sun Trust money market xxx5943 | 95.00 |
| 17.18 Other financial account | Truliant ckg. xxx0744 | 14.78 |
| 17.19 Other financial account | Truliant savings xxx0577 | 22.72 |
| 17.20 Other financial account | Truliant xxx8728 | 5.00 |
| 17.21 Other financial account | Truliant xxx8736 svg | 5.00 |
| 17.22  Other financial acct: | Truliant xxx9655 svg. | 10.00 |
| 17.23 Other financial acct. | Truliant  Dollar Cert. xxx0593 | 347.16 |
| 17.24 Other financial acct. | Truliant Dollar Cert. xxx 0600 | 318.62 |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

[ ] No

[x] Yes.....................        Institution or issuer name:

|  |  |
|---|---|
| Fidelity Investments | $  481.39 |
|  | $ |
|  | $ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☒ Yes. Give specific information about them....................

| Name of entity: | % of ownership: |  |
|---|---|---|
| Gigi's Macaron, LLC (W) | 100 % | $  0.00 |
| Mus Macaron, LLC (H) | 100 % | $  0.00 |
|  | % | $ |

Official Form 106A/B                                      **Schedule A/B: Property**                                                  Page 5
Debtor 1     _Moussa_ _____ _____ _Bamba_____     Case number (if known) _____
          First Name              Middle Name              Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them

☒ No
☐ Yes.....................    Issuer name:

                                                                                                    $ _____
                                                                                                    $ _____
                                                                                                    $ _____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes.  List each
account separately     Type of account        Institution name:

                       401(k) or similar plan:    _Oppenheimer xxx4051_____    $ _121,401.43____

                       Pension plan:              _____    $ _____

                       IRA:                       _Fidelity xxx4765_____    $ _.05_____

                       Retirement account:        _____    $ _____

                       Keogh:                      _____    $ _____

                       Additional account:        _____    $ _____

                       Additional account:        _____    $ _____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☒ Yes.....................                         Institution name or individual:

                       Electric:                   _____    $ _____

                       Gas:                        _____    $ _____

                       Heating oil:                _____    $ _____

                       Security deposit on rental unit:    _____    $ _____

                       Prepaid rent:               _____    $ _____

                       Telephone:                  _____    $ _____

                       Water:                      _____    $ _____

                       Rented furniture:           _____    $ _____

                       Other:                      _Security deposit on commercial rental_    $ _3,898.67_____

**23. Annuities** (a contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes.....................    Issuer name and description:

                                                                                                    $ _____
                                                                                                    $ _____

$ _____

Official Form 106A/B                   **Schedule A/B: Property**                           Page 6

Debtor 1    Moussa                                Bamba             Case number (if known) _____

       First Name                 Middle Name            Last Name

---

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1)

☐ No

☒ Yes....................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

                  NC 529 Plan 2F63                             $  3,030.66

                  NC 529 Plan 2F60                             $  3,084.67

                  NC 529 Plan 2F62                             $  2,873.10

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes.  Give specific information about them...                                     $ _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes.  Give specific information about them...                                     $ _____

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☒ Yes.  Give specific information about them...    Le Macaron Development, LLC (franchise)           $  0.00

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

**28. Tax refunds owed to you**

☒ No

☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years..................

                         Federal:    $ _____

                         State:    $ _____

                         Local:    $ _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes.  Give specific information............................

                         Alimony:    $ _____

                         Maintenance:    $ _____

                         Support:    $ _____

                         Divorce settlement:    $ _____

                         Property settlement:    $ _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes.  Give specific
information.......................                     $ _____

---

Official Form 106A/B                    **Schedule A/B: Property**                                        Page 7

Debtor 1    Moussa _____    _____    Bamba _____    Case number (if known) _____
            First Name                Middle Name        Last Name

---

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA), credit, homeowner's or renter's insurance

☐ No

☒ Yes.  Name the insurance company    Company name:                    Beneficiary                    Surrender or refund value
of each policy and list its value..

State Farm Term  (H)                    Wife                    $  0.00

State Farm Term (W)                    Husband                    $  0.00

_____    _____    $ _____

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No

☐ Yes.  Give specific
information...................                     $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☒ Yes.  Describe each    Claiborne Servicing & Contracting/Roddy Claiborne, 6001 Sullins Rd., Charlotte,    $  3,500.00
claim............................    NC  28214

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes.  Give specific
information...................                     $ _____

**35. Any financial assets you did not already list**

☒ No

☐ Yes.  Give specific
information...................                     $ _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................... ->    $  159,537.40

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No.  Go to Part 6.

☐ Yes.  Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No

☐ Yes.  Describe..........    _____    $ _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

[x] No
[x] Yes.  Describe..........                                    $_____

Official Form 106A/B                    **Schedule A/B: Property**                          Page 8

Debtor 1    _Moussa_                                    _Bamba_                    Case number (if known) _____
           First Name        Middle Name            Last Name

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

[x] No
[ ] Yes.  Describe..........                                    $_____

**41. Inventory**

[x] No
[ ] Yes.  Describe..........                                    $_____

**42.  Interest in partnerships or joint ventures**

[x] No
[ ] Yes. Describe......    Name of entity                    % of ownership:

                                                              _____%    $_____

                                                              _____%    $_____

                                                              _____%    $_____

**43.  Customer lists, mailing lists, or other compilations**

[x] No
[ ] Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        [ ] No
        [ ] Yes.  Describe..........                            $_____

**44.  Any business-related property you did not already list**

[x] No
[ ] Yes.  Give specific    Issuer name and description:
        information...........
                                                              $_____

                                                              $_____

                                                              $_____

                                                              $_____

                                                              $_____

                                                              $_____

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
     for Part 5. Write that number here** ................................................................................ ->    $ 0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|---------------------------------------------------------------------------------------------|
|         | If you own or have an interest in farmland, list it in Part 1.                               |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

[x] No.  Go to Part 7.
[ ] Yes.  Go to line 47.

                                                              **Current value of the
                                                              portion you own?**
                                                              Do not deduct secured
                                                              claims or exemptions.

**47.  Farm animals**

    _Examples:_ Livestock, poultry, farm-raised fish
[ ] No

☐ Yes...................... $ _____

Official Form 106A/B                    **Schedule A/B: Property**                    Page 9
Debtor 1    Moussa                    Bamba                    Case number (if known) _____
            First Name    Middle Name    Last Name

**48. Crops--either growing or harvested**

☐ No
☐ Yes.  Give specific
information.................... $ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes.............................. $ _____

**50. Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes.............................. $ _____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes.  Give specific
information.................... $ _____

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** ................................................................................... -> $ 0.00

| Part 7: | Describe All Property You Own or Have an Interest In That You Did Not List Above |
|---|---|

**53.  Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No
☐ Yes.  Give specific
information.............. $ _____
$ _____
$ _____

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** ................................... -> $ 0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55. Part 1: Total real estate, line 2**................................................................................... -> $ 50,576.00

**56. Part 2: Total vehicles, line 5**    $ 3,800.00

**57. Part 3: Total personal and household items, line 15**    $ 9,575.00

**58. Part 4: Total financial assets, line 36**    $ 159,537.40

**59. Part 5: Total business-related property, line 45**    $ 0.00

**60. Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

**61. Part 7: Total other property not listed, line 54**    +    $ 0.00

**62. Total personal property.** Add lines 56 through 61..........    $ 172,912.40    Copy personal property total -->    +    $ 172,912.40

**63. Total of all property on Schedule A/B.** Add line 55 + line 62...........................................................    $ 223,488.40

Official Form 106A/B                    **Schedule A/B: Property**                    Page 10

---

**Fill in this information to identify your case:**

Debtor 1        Moussa                              Bamba
                First Name        Middle Name       Last Name

Debtor 2        Hortense          Gisele            Bamba
(Spouse, if filing)  First Name   Middle Name       Last Name

United States Bankruptcy Court for the:    Western    District of    North Carolina
                                                                        (State)

Case number
                (if known)

☐ Check if this is an
   amended filing

---

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

**1. Which set of exemptions are you claiming?** *Check one only*, even if your spouse is filing with you.

☒ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

☐ You are claiming federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(2)

**2. For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: 15119 Callow Forest Dr., Charlotte, NC  28273  Line from *Schedule A/B*: 1.1 | $ 50,576.00 | ☒ $ 50,576.00  ☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(1) |
| Brief description: 206 Oakton Glen, Charlotte, NC  28262  Line from *Schedule A/B*: 1.2 | $ 0.00 | ☒ $ 0.00  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Mercedes E350  Line from *Schedule A/B*: 3.1 | $ 0.00 | ☒ $ 0.00  ☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(3) |

**3. Are you claiming a homestead exemption of more than $160,375?**

(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

　　☐ No

　　☐ Yes

Official Form 106C                     **Schedule C: The Property You Claim as Exempt**                     Page 1 of __5__

Debtor 1   Moussa _____ Bamba _____   Case number (if known) _____
            First Name        Middle Name           Last Name

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Nissan Quest<br>Line from *Schedule A/B*: 3.2 | $ 3,800.00 | ☒ $ 3,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(3) |
| Brief description: Household Goods<br>Line from *Schedule A/B*: 6 | $ 6,750.00 | ☒ $ 6,750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $ 525.00 | ☒ $ 525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Wardrobe<br>Line from *Schedule A/B*: 11 | $ 300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Jewelry<br>Line from *Schedule A/B*: 12 | $ 2,000.00 | ☒ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(4) |
| Brief description: Bank of America xxx4172<br>Line from *Schedule A/B*: 17.1 | $ 12.40 | ☒ $ 12.40<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Bank of America xxx4670<br>Line from *Schedule A/B*: 17.2 | $ 154.93 | ☒ $ 154.93<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Bank of America xxx8475<br>Line from *Schedule A/B*: 17.3 | $ 9.91 | ☒ $ 9.91<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Univ. of Wisc. CU xx7702<br>Line from *Schedule A/B*: 17.4 | $ 134.22 | ☒ $ 134.22<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Univ. of Wisc. CU xx7701<br>Line from *Schedule A/B*: 17.5 | $ 173.18 | ☒ $ 173.18<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Sun Trust  xxx4107<br>Line from *Schedule A/B*: 17.6 | $ 15,007.79 | ☒ $ 15,007.79<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |

| Debtor 1 | Moussa | | Bamba | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Bank of America xxx4482<br>Line from Schedule A/B: 17.7 | $ 10.00 | [X] $ 10.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: New Dominion xxx3171<br>Line from Schedule A/B: 17.8 | $ 3,417.40 | [X] $ 3,417.40<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Sun Trust xxx3943<br>Line from Schedule A/B: 17.9 | $ 5.35. | [X] $ 5.35<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Fidelity Investments<br>Line from Schedule A/B: 18 | $ 481.39 | [X] $ 481.39<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Int. in Gigi's Macaron LLC<br>Line from Schedule A/B: 19 | $ 0.00 | [X] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(2) |
| Brief description: Int. in Mus Macaron, LLC<br>Line from Schedule A/B: 19 | $ 0.00 | [X] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(2) |
| Brief description: Openheimer xxx4051<br>Line from Schedule A/B: 21 | $ 121,401.43 | [X] $ 121,401.43<br>[ ] 100% of fair market value, up to any applicable statutory limit | Patterson v. Shumate |
| Brief description: Fidelity IRA xxx4765<br>Line from Schedule A/B: 21 | $ .05 | [X] $ .05<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(9) |
| Brief description: Security Deposit<br>Line from Schedule A/B: 22 | $ 3,898.67 | [X] $ 3,898.67<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(2) |
| Brief description: NC 529 Plans<br>Line from Schedule A/B: 24 | $ 8,988.43 | [ ] $ 8,988.43<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(10) |
| Brief description: Le Macaron Development<br>Line from Schedule A/B: 27 | $ 0.00 | [ ] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(2) |

| Debtor 1 | Moussa | | Bamba | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**    **Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: State Farm Life x9485<br>Line from *Schedule A/B*: 31 | $ 0.00 | [X] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(6) |
| Brief description: State Farm Life x9577<br>Line from *Schedule A/B*: 31 | $ 0.00 | [X] $ 0.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(6) |
| Brief description: 3rd Party Claim<br>Line from *Schedule A/B*: 33 | $ 3,500.00 | [X] $ 3,500.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1601(a)(2) |
| Brief description: Bank of America  xxx6349<br>Line from *Schedule A/B*: 17.4 | $ 2.75 | [X] $ 2.75<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Bank of America xxx1036<br>Line from *Schedule A/B*: 17.0 | $ 2.47 | [X] $ 2.47<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Bank of America xxx6352<br>Line from *Schedule A/B*: 17.10 | $ 0.01 | [X] $ 0.01<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: New Dominion xxx8388<br>Line from *Schedule A/B*: 17.12 | $ 300.00 | [X] $ 300.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Sun Trust xxx3950<br>Line from *Schedule A/B*: 17.14 | $ 43.79 | [X] $ 43.79<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Sun Trust xxx5935<br>Line from *Schedule A/B*: 17.15 | $ 1,000.00 | [X] $ 1,000.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Sun Trust xxx5950<br>Line from *Schedule A/B*: 17.16 | $ 175..00 | [X] $ 175.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Sun Trust xxx5943<br>Line from *Schedule A/B*: 17.17 | $ 95.00 | [X] $ 95.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |

| Debtor 1 | Moussa | | Bamba | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Part 2:**    **Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Truliant xxx0744<br>Line from *Schedule A/B*: 17.18 | $ 14.78 | ☒ $ 14.78<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Truliant svxxx0577<br>Line from *Schedule A/B*: 17.19 | $ 22.72 | ☒ $ 22.72<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Truliant xxx8728<br>Line from *Schedule A/B*: 17.20 | $ 5.00 | ☒ $ 5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Truliant xxx8736<br>Line from *Schedule A/B*: 17.21 | $ 5.00 | ☒ $ 5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Truliant xxx9655<br>Line from *Schedule A/B*: 17.22 | $ 10.00 | ☒ $ 10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Truliant D. Cert. xxx0593<br>Line from *Schedule A/B*: 17.23 | $ 347.16 | ☒ $ 347.16<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description: Truliant D. Cert. xxx0600<br>Line from *Schedule A/B*: | $ 318.62 | ☒ $ 318.62<br>☐ 100% of fair market value, up to any applicable statutory limit | NCGS § 1-362 |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Moussa | | Bamba |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Hortense | Gisele | Spuoselast |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   Western   District of   North Carolina
(State)

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form

☒ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1** Bank of America
Creditor's Name

4909 Savarese Circle
Number        Street

Tampa, FL  33634
City        State     Zip Code

| | | | |
|---|---|---|---|
| Describe the property that secures the claim: | $ 246,292.00 | $ 296,868.00 | $ |

15119 Callow Forest Dr., Charlotte, NC  28273

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  6/1/13      Last 4 digits of account number   6   7   9   8

**2.2** Truliant
Creditor's Name

3200 Truliant Way
Number        Street

Winston-Salem, NC  27103
City        State     Zip Code

| | | | |
|---|---|---|---|
| Describe the property that secures the claim: | $ 11,101.00 | $ 4,000.00 | $ 7,101.00 |

2008 Mercedes E350

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____      Last 4 digits of account number   4   0   0   0

| Add the dollar value of your entries in column A on this page. Write that number here: | $ 257,393.00 |
|---|---|

Official Form 106D         **Schedule D: Creditors Who Have Claims Secured by Property**         Page 1 of __2__

Debtor 1  Moussa                                      Bamba                        Case number (if known)
          First Name          Middle Name             Last Name

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**  If any |
|---|---|---|---|---|

---

**2.3**  Wells Fargo Home Mortgage     **Describe the property that secures the claim:**     $ 125,616.00     $ 130,200.00     $

Creditor's Name

PO Box 10335                              206 Oakton Glen, Charlotte, NC  28262
Number      Street

Des Moines, Iowa  50306
City            State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.      **Nature of lien.** Check all that apply.

☐ Debtor 1 only                        ☒ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                        ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2                ☐ Judgment lien from a lawsuit
☒ At least one of the                  ☐ Other (including a right to offset) _____
   debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____  Last 4 digits of account number  4   7   6   9

---

**2.4**                               **Describe the property that secures the claim:**     $ ____     $ ____     $ ____

Creditor's Name

Number      Street

City            State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.      **Nature of lien.** Check all that apply.

☐ Debtor 1 only                        ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                        ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2                ☐ Judgment lien from a lawsuit
☐ At least one of the                  ☐ Other (including a right to offset) _____
   debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____  Last 4 digits of account number  ___ ___ ___ ___

---

**2.5**                               **Describe the property that secures the claim:**     $ ____     $ ____     $ ____

Creditor's Name

Number      Street

City            State    Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.      **Nature of lien.** Check all that apply.

☐ Debtor 1 only                        ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                        ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2                ☐ Judgment lien from a lawsuit
☐ At least one of the                  ☐ Other (including a right to offset) _____
   debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____  Last 4 digits of account number  ___ ___ ___ ___

---

| Add the dollar value of your entries in column A on this page. Write that number here: | $ 125,616.00 | |
|---|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages.**<br>**Write that number here:** | $ 383,009.00 | |

Official Form 106D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   Page __2__ of __2__

Debtor 1 _____Moussa_____Bamba_____   Case number (if known) _____
　　　　　　　　First Name　　　　　　　Middle Name　　　　　　Last Name

| Part 2: | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

_____
Name

_____
Number     Street

_____

_____
City                              State      Zip Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City                              State      Zip Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City                              State      Zip Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City                              State      Zip Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City                              State      Zip Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   ___ ___ ___ ___

_____
Name

_____
Number     Street

_____

_____
City                              State      Zip Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number   ___ ___ ___ ___

Official Form 106D        Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**        Page ___3___ of ___3___

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Moussa | | Bamba |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Hortense | Gisele | Bamba |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

☐ Check if this is an amended filing

# Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your Priority Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims against you?**

☒ No. Go to Part 2.
☐ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(for an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** 

Priority Creditor's Name

**Last 4 digits of account number** __ __ __ __     $_____     $_____     $_____

Number      Street

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated

City          State   Zip Code        ☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** 

Priority Creditor's Name

**Last 4 digits of account number** __ __ __ __     $_____     $_____     $_____

Number      Street

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated

City          State   Zip Code        ☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 1 of __15__

Debtor 1     __Moussa_____     _____     _____Bamba_____     Case number (if known) _____
             First Name        Middle Name          Last Name

---

**Part 2:**     List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims, fill out the Continuation Page of Part 2.

(for an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim |
|---|---|---|

| 4.1 | __American Express_____ | Last 4 digits of account number | __1__ __0__ __0__ __9__ | $ 13,843.43 |
|---|---|---|---|---|

Nonpriority Creditor's Name

__PO Box 981537_____          **When was the debt incurred?** _____
Number        Street

                                          **As of the date you file, the claim is:** Check all that apply.
__El Paso, TX  79998_____     ☐ Contingent
City        State   Zip Code              ☐ Unliquidated
                                          ☐ Disputed

**Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                               ☐ Student loans
☒ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debtor 1 and Debtor 2                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another     ☒ Other. Specify   __Credit card_____

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 4.2 | __Bank of America_____ | Last 4 digits of account number | __7__ __6__ __9__ __7__ | $ 9,464.85 |
|---|---|---|---|---|

Nonpriority Creditor's Name

__PO Box 15796_____           **When was the debt incurred?** _____
Number        Street

                                          **As of the date you file, the claim is:** Check all that apply.
__Wilmington, DE  19886-5796_____     ☐ Contingent
City        State   Zip Code              ☐ Unliquidated
                                          ☐ Disputed

**Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debtor 1 and Debtor 2                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another     ☒ Other. Specify   __Credit card_____

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 4.3 | __Bank of America_____ | Last 4 digits of account number | __2__ __6__ __8__ __1__ | $ 12,581.84 |
|---|---|---|---|---|

Nonpriority Creditor's Name

__PO Box 982238_____          **When was the debt incurred?** __10/1/15__
Number        Street

                                          **As of the date you file, the claim is:** Check all that apply.
__El Paso, TX  79998_____     ☐ Contingent
City        State   Zip Code              ☐ Unliquidated
                                          ☐ Disputed

**Who incurred the debt?** Check one.          **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                               ☐ Student loans
☐ Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debtor 1 and Debtor 2                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another     ☒ Other. Specify   __Credit card_____

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 106E/F       Schedule E/F: Creditors Who Have Unsecured Claims       Page __2__ of __15__

Debtor 1    Moussa      Bamba      Case number *(if known)* _____

      First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.4** Banker's Healthcare Group      Last 4 digits of account number   0 2 8 9   $ 2,355.00

     PO Box 332509
     Number    Street      **When was the debt incurred?** _____

     **As of the date you file, the claim is:** Check all that apply.

     Murfreesboro, TN 37133      ☐ Contingent
     City    State    Zip Code      ☐ Unliquidated

     ☐ Disputed

**Who incurred the debt?** Check one.      **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only      ☐ Student loans
☐ Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you
         did not report as priority claims.
☐ Debtor 1 and Debtor 2      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another      ☒ Other. Specify   Credit card

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**4.5** Barclays Bank, DE      Last 4 digits of account number   0 2 4 9   $ 12,507.00
Nonpriority Creditor's Name
     PO Box 8803      **When was the debt incurred?**   10/1/15
     Number    Street

     **As of the date you file, the claim is:** Check all that apply.
     ☐ Contingent
     Wilmington, DE 19899      ☐ Unliquidated
     City    State    Zip Code
     ☐ Disputed

**Who incurred the debt?** Check one.      **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only      ☐ Student loans
☐ Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you
         did not report as priority claims.
☐ Debtor 1 and Debtor 2      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another      ☒ Other. Specify   Credit card

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**4.6** Barclays Bank, DE      Last 4 digits of account number   0 2 5 2   $ 12,761.00
Nonpriority Creditor's Name
     PO Box 8803      **When was the debt incurred?**   11/1/15
     Number    Street

     **As of the date you file, the claim is:** Check all that apply.
     ☐ Contingent
     Wilmington, DE 19899      ☐ Unliquidated
     City    State    Zip Code
     ☐ Disputed

**Who incurred the debt?** Check one.      **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only      ☐ Student loans
☒ Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you
         did not report as priority claims.
☐ Debtor 1 and Debtor 2      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another      ☒ Other. Specify   Credit card

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1   Moussa _____ Bamba _____          Case number (if known) _____
            First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.7** BB&T
Nonpriority Creditor's Name

PO Box 2306
Number     Street

Wilson, NC  27894
City           State    Zip Code

Last 4 digits of account number    1   6   0   8      $ 6,403.00

When was the debt incurred?    4/1/13

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card

**4.8** BHG
Nonpriority Creditor's Name

PO Box 306005
Number     Street

Nashville, TN  37230-6005
City           State    Zip Code

Last 4 digits of account number    ___ ___ ___ ___      $ 2,440.84

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card

**4.9** Capital One
Nonpriority Creditor's Name

15000 Capital One Dr.
Number     Street

Richmond, VA  23238
City           State    Zip Code

Last 4 digits of account number    5   4   1   7      $ 9,594.07

When was the debt incurred?    11/1/15

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card

Debtor 1    Moussa                                    Bamba                        Case number (if known) _____
            First Name        Middle Name              Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.10** Capital One                                    Last 4 digits of account number    7  8  0  5    $ 2,980.39
Nonpriority Creditor's Name

15000 Capital One Dr.                                 When was the debt incurred?    10/1/15
Number        Street

                                                      As of the date you file, the claim is: Check all that apply.
                                                      ☐ Contingent
Richmond, VA  23238                                   ☐ Unliquidated
City            State    Zip Code
                                                      ☐ Disputed

**Who incurred the debt? Check one.**                 **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce that you
                                                          did not report as priority claims.
☐ Debtor 1 and Debtor 2                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another             ☒ Other. Specify    Credit card

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**4.11** Capital One                                    Last 4 digits of account number    4  7  0  9    $ 14,047.00
Nonpriority Creditor's Name

15000 Capital One Dr.                                 When was the debt incurred?    10/1/15
Number        Street

                                                      As of the date you file, the claim is: Check all that apply.
                                                      ☐ Contingent
Richmond, VA  23238                                   ☐ Unliquidated
City            State    Zip Code
                                                      ☐ Disputed

**Who incurred the debt? Check one.**                 **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                       ☐ Student loans
☒ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce that you
                                                          did not report as priority claims.
☐ Debtor 1 and Debtor 2                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another             ☒ Other. Specify    Credit card

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**4.12** Carmel Family Physicians                       Last 4 digits of account number    9  8  0  0    $ 149.10
Nonpriority Creditor's Name

PO Box 70826                                          When was the debt incurred?    5/30/17
Number        Street

                                                      As of the date you file, the claim is: Check all that apply.
                                                      ☐ Contingent
Charlotte, NC  28272-0826                             ☐ Unliquidated
City            State    Zip Code
                                                      ☐ Disputed

**Who incurred the debt? Check one.**                 **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce that you
                                                          did not report as priority claims.
☐ Debtor 1 and Debtor 2                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another             ☒ Other. Specify    Medical services

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page ___5___ of ___15___

Debtor 1    _Moussa_____  _Bamba_____    Case number (if known) _____
            First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.13**  CBNA
Nonpriority Creditor's Name

50 Northwest Point Rd.
Number       Street


Elk Grove Village, IL  60007
City            State    Zip Code

**Who incurred the debt? Check one.**
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[x] No
[ ] Yes

Last 4 digits of account number   0  1  1  6   $ 1,928.00
**When was the debt incurred?**   8/1/2000

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify   Credit card

---

**4.14**  Chase
Nonpriority Creditor's Name

PO Box 15123
Number       Street


Wilmington, DE  19850-5123
City            State    Zip Code

**Who incurred the debt? Check one.**
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[x] No
[ ] Yes

Last 4 digits of account number   2  3  3  3   $ 7,368.25
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify   Credit card

---

**4.15**  Citi
Nonpriority Creditor's Name

PO Box 6241
Number       Street


Sioux Falls, SD  57117
City            State    Zip Code

**Who incurred the debt? Check one.**
[ ] Debtor 1 only
[x] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[x] No
[ ] Yes

Last 4 digits of account number   4  1  8  1   $ 5,304.50
**When was the debt incurred?**   10/1/15

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify   Credit card

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page ___6___ of ___15___

| Debtor 1 | Moussa | | Bamba | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | **Total claim** |

**4.16** Citi

Nonpriority Creditor's Name

PO Box 6241
Number    Street


Sioux Falls, SD  57117
City    State    Zip Code

**Last 4 digits of account number**    2  4  1  8    $ 9,668.00

**When was the debt incurred?**    10/1/15

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card

---

**4.17** Comenity/AMRTV

Nonpriority Creditor's Name

PO Box 182789
Number    Street


Columbus, OH  43218
City    State    Zip Code

**Last 4 digits of account number**    3  x    $ 314.00

**When was the debt incurred?**    4/1/2002

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card

---

**4.18** Credit First, NA

Nonpriority Creditor's Name

6275 Eastland Rd.
Number    Street


Brookpark, OH  44142
City    State    Zip Code

**Last 4 digits of account number**    6  6  3  4    $ 0.00

**When was the debt incurred?**    8/1/2010

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Notice Only

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page  7  of  15
Debtor 1    Moussa                                    Bamba                     Case number (if known)
              First Name      Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |

**4.19**  Discover
Nonpriority Creditor's Name
Last 4 digits of account number   3  8  9  0   $ 4,475.00
PO Box 15316
Number     Street
When was the debt incurred?   11/1/15

Wilmington, DE  19850
City        State   Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit card

Is the claim subject to offset?
☒ No
☐ Yes

**4.20**  Discover
Nonpriority Creditor's Name
Last 4 digits of account number   3  8  6  0   $ 7,429.18
PO Box 15316
Number     Street
When was the debt incurred?   10/1/15

Wilmington, DE  19850
City        State   Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit card

Is the claim subject to offset?
☒ No
☐ Yes

**4.21**  Fifth Third Bank
Nonpriority Creditor's Name
Last 4 digits of account number   1  0  6  1   $ 11,818.75
PO Box 740789
Number     Street
When was the debt incurred?

Cincinnati, OH  45274-0789
City        State   Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Credit card

Is the claim subject to offset?
☒ No
☐ Yes

Official Form 106E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page   8   of   15

Debtor 1    Moussa         Bamba         Case number (if known)
      First Name       Middle Name       Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.22** Navient           Last 4 digits of account number   2   9   3   5    $ 5,475.00
Nonpriority Creditor's Name

123 S. Justison St.       **When was the debt incurred?**    11/1/06
Number    Street

Ste. 30        **As of the date you file, the claim is:** Check all that apply.
     ☐ Contingent

Wilmington, DE 19801      ☐ Unliquidated
City     State    Zip Code
     ☐ Disputed

**Who incurred the debt?** Check one.      **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only      ☒ Student loans
☐ Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you
          did not report as priority claims.
☐ Debtor 1 and Debtor 2      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another      ☐ Other. Specify _____

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**4.23** Pentagon Federal Credit Union     Last 4 digits of account number   0   6   7   9    $ 3,628.00
Nonpriority Creditor's Name

PO Box 1432       **When was the debt incurred?**    10/1/15
Number    Street

       **As of the date you file, the claim is:** Check all that apply.
     ☐ Contingent

Alexandria, VA 22313      ☐ Unliquidated
City     State    Zip Code
     ☐ Disputed

**Who incurred the debt?** Check one.      **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only      ☐ Student loans
☐ Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you
          did not report as priority claims.
☐ Debtor 1 and Debtor 2      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another      ☒ Other. Specify   Revolving

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**4.24** Pinnacle Bank         Last 4 digits of account number   4   6   5   6    $ 2,440.00
Nonpriority Creditor's Name

114 W. College St.       **When was the debt incurred?**    7/1/15
Number    Street

       **As of the date you file, the claim is:** Check all that apply.
     ☐ Contingent

Murfreesboro, TN 37130      ☐ Unliquidated
City     State    Zip Code
     ☐ Disputed

**Who incurred the debt?** Check one.      **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only      ☐ Student loans
☐ Debtor 2 only      ☐ Obligations arising out of a separation agreement or divorce that you
          did not report as priority claims.
☐ Debtor 1 and Debtor 2      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another      ☒ Other. Specify   Revolving

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page ___9___ of ___15___

Debtor 1    _Moussa_ _____    _Bamba_ _____    Case number (if known) _____
                First Name      Middle Name          Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |

**4.25**  _State Farm_ _____

Nonpriority Creditor's Name

_3 State Farm Plaza_ _____
Number      Street

_N-4_ _____

_Bloomington, IL  61791_ _____
City            State      Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only

☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   _7_ _0_ _1_ _8_    $ _12,480.00_

**When was the debt incurred?**    _11/1/15_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    _Credit card_

**4.26**  _Syncb/Amazon_ _____

Nonpriority Creditor's Name

_PO Box 965015_ _____
Number      Street

_____

_Orlando, FL  32896_ _____
City            State      Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only

☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   _4_ _5_ _7_ _8_    $ _3,971.00_

**When was the debt incurred?**    _7/1/13_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    _Credit card_

**4.27**  _Syncb/Haverty's_ _____

Nonpriority Creditor's Name

_950 Forrer Blvd._ _____
Number      Street

_____

_Kettering, OH  45420_ _____
City            State      Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only

☐ Debtor 1 and Debtor 2
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   _1_ _9_ _1_ _9_    $ _0.00_

**When was the debt incurred?**    _3/1/11_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    _Credit card_

Official Form 106E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page  __10__  of  __15__

Debtor 1    _Moussa_         _Bamba_        Case number (if known) _____
    First Name      Middle Name       Last Name

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.28**   Synch/Lowe's        Last 4 digits of account number   __8__ __1__ __9__ __2__   $ 2,817.00
Nonpriority Creditor's Name

PO Box 965005        **When was the debt incurred?**   **8/1/14**
Number    Street

                  **As of the date you file, the claim is:** Check all that apply.

Orlando, FL  32896         ☐ Contingent
City    State   Zip Code         ☐ Unliquidated

                         ☐ Disputed

**Who incurred the debt? Check one.**       **Type of NONPRIORITY unsecured claim:**
[x] Debtor 1 only                ☐ Student loans
☐ Debtor 2 only               ☐ Obligations arising out of a separation agreement or divorce that you
                            did not report as priority claims.
☐ Debtor 1 and Debtor 2       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another    [x] Other. Specify   Credit card

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**4.29**   Truliant        Last 4 digits of account number   __1__ __2__ __5__ __1__   $ 9,906.00
Nonpriority Creditor's Name

3200 Truliant Way        **When was the debt incurred?**   **5/1/08**
Number    Street

                  **As of the date you file, the claim is:** Check all that apply.

Winston-Salem, NC  27103       ☐ Contingent
City    State   Zip Code         ☐ Unliquidated

                         ☐ Disputed

**Who incurred the debt? Check one.**       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only               ☐ Student loans
☐ Debtor 2 only               ☐ Obligations arising out of a separation agreement or divorce that you
                            did not report as priority claims.
[x] Debtor 1 and Debtor 2       ☐ Debts to pension or profit-sharing plans, and other similar debts
[x] At least one of the debtors and another    [x] Other. Specify   Credit card

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**4.30**   USAA        Last 4 digits of account number   __7__ __0__ __8__ __2__   $ 7,291.00
Nonpriority Creditor's Name

PO Box 47504        **When was the debt incurred?**   **11/1/15**
Number    Street

                  **As of the date you file, the claim is:** Check all that apply.

San Antonio, TX  78265       ☐ Contingent
City    State   Zip Code         ☐ Unliquidated

                         ☐ Disputed

**Who incurred the debt? Check one.**       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only               ☐ Student loans
[x] Debtor 2 only              ☐ Obligations arising out of a separation agreement or divorce that you
                            did not report as priority claims.
☐ Debtor 1 and Debtor 2       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another    [x] Other. Specify   Credot card

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[x] No
☐ Yes

Official Form 106E/F — Schedule E/F: Creditors Who Have Unsecured Claims — Page __11__ of __15__

Debtor 1    Moussa _____ Bamba _____    Case number (if known) _____
         First Name    Middle Name    Last Name

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth | Total claim |
|---|---|

**4.31** US Dept. of Education
Nonpriority Creditor's Name

PO Box 7860
Number    Street

Madison, WI  53707
City    State    Zip Code

**Who incurred the debt? Check one.**
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[ ] No
[x] Yes

Last 4 digits of account number    9  2  7  9    $ 3,838.00

**When was the debt incurred?**    10/1/09

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[x] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[ ] Other. Specify _____

**4.32** UW Credit Union
Nonpriority Creditor's Name

3500 University Ave.
Number    Street

Madison, WI  53705
City    State    Zip Code

**Who incurred the debt? Check one.**
[ ] Debtor 1 only
[ ] Debtor 2 only
[x] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[x] No
[ ] Yes

Last 4 digits of account number    3  9  3  7    $ 13,939.00

**When was the debt incurred?**    10/1/04

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify    Credit card

**4.33** Wells Fargo
Nonpriority Creditor's Name

PO Box 14517
Number    Street

Des Moines, IA  50306
City    State    Zip Code

**Who incurred the debt? Check one.**
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[x] No
[ ] Yes

Last 4 digits of account number    8  8  4  4    $ 3,552.97

**When was the debt incurred?**    10/1/15

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify    Credit card

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page __12__ of __15__

Debtor 1    Moussa _____    _____    Bamba _____    Case number (if known) _____
            First Name            Middle Name    Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation** |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5 and so forth** | **Total claim**

---

**4.34**  Wood Forest Bank
Nonpriority Creditor's Name

Number        Street

PO Box 790408

St. Louis, MO  63179-0408
City            State    Zip Code

**Who incurred the debt? Check one.**
[x] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another

[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[x] No
[ ] Yes

Last 4 digits of account number   6  6  9  9    $ 2,196.42

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[x] Other. Specify    Credit card

---

**4.35**  _____
Nonpriority Creditor's Name

Number        Street

City            State    Zip Code

**Who incurred the debt? Check one.**
[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another

[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Last 4 digits of account number   __ __ __ __    $ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[ ] Other. Specify _____

---

**4.36**  _____
Nonpriority Creditor's Name

Number        Street

City            State    Zip Code

**Who incurred the debt? Check one.**
[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2
[ ] At least one of the debtors and another

[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

Last 4 digits of account number   __ __ __ __    $ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims.
[ ] Debts to pension or profit-sharing plans, and other similar debts
[ ] Other. Specify _____

Official Form 106E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**      Page   __13__   of   __15__

Debtor 1    Moussa              Bamba          Case number (if known) _____

    First Name         Middle Name        Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

**5.** **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Name _____

Number    Street _____

_____

City             State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City             State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City             State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City             State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City             State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City             State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City             State     Zip Code

**On which line in Part 1 did you enter the creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page ___14___ of ___15___

Debtor 1     Moussa _____ Bamba_____     Case number (if known) _____
    First Name    Middle Name    Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | **6a. Domestic support obligations** | 6a. | $ 0.00 |
| | **6b. Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | **6c. Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | **6d. Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | **6e. Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | **6f. Student loans** | 6f. | $ 9,313.00 |
| | **6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | **6h. Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | **6i. Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 209,654.99 |
| | **6j. Total.** Add lines 6f through 6i. | 6j. | $ 218,967.99 |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Moussa | Bamba |
| | First Name / Middle Name | Last Name |
| Debtor 2 | Hortense | Spuosemiddle | Bamba |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of North Carolina
(State)

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B)

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Le Macaron Development LLC<br>Name<br><br>2300 Bee Ridge Rd., Ste. 401<br>Number    Street<br><br>Sarasota, FL  34239<br>City              State      Zip Code | Franchise agreement |
| **2.2** Metropolitan Realty Co. LLC<br>Name<br><br>c/o Bayer Properties LLC<br>Number    Street<br>2222 Arlington Ave.Ste. 120<br>Birmingham , AL   35205<br>City              State      Zip Code | Commercial lease at $ 5,308.99 |
| **2.3** <br>Name<br><br>Number    Street<br><br>City              State      Zip Code | |
| **2.4** <br>Name<br><br>Number    Street<br><br>City              State      Zip Code | |
| **2.5** <br>Name<br><br>Number    Street<br><br>City              State      Zip Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Moussa | | Bamba |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Hortense | Gisele | Bamba |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live?            Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number        Street

   _____
   City                              State      Zip Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** Ms. Obroh Zaguehi<br>Name<br>206 Oakton Glen<br>Number        Street<br>Charlotte, NC  28262<br>City                State   Zip Code | ☒ Schedule D, line  1.2<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** Louis Toh<br>Name<br><br>Number        Street<br>Charlotte, NC<br>City                State   Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☒ Schedule G, line  4.22 |
| **3.3** _____<br>Name<br><br>Number        Street<br>_____<br>City                State   Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Moussa | | Bamba | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Hortense | Gisele | Bamba | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Western | District of | North Carolina | |
| | | | (State) | |
| Case number | | | | |
| | (if known) | | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if that applies. | **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| | **Occupation** | Self | Self |
| | **Employer's name** | | |
| | | Number     Street | Number     Street |
| | | City          State     Zip Code | City          State     Zip Code |
| | **How long employed there?** | 10 mos | 10 mos |

## Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $_____ | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. + | $_____ | $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Official Form 106I

**Schedule I: Your Income**

Page 1

| Debtor 1 | Moussa | | Bamba | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here.............................................................->** | 4. | | $ 0.00 | $ 0.00 |
| **5. List all payroll deductions:** | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | | $ | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | | $ | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | | $ | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | | $ | $ |
| 5e. **Insurance** | 5e. | | $ | $ |
| 5f. **Domestic support obligations** | 5f. | | $ | $ |
| 5g. **Union dues** | 5g. | | $ | $ |
| 5h. **Other deductions.** Specify: _____ | 5h. + | | $ | $ |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ | $ |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ | $ |
| **8. List all other income regularly received:** | | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 3,590.94 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | | $ | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ | $ |
| 8d. **Unemployment compensation** | 8d. | | $ | $ |
| 8e. **Social Security** | 8e. | | $ | $ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | | $ | $ |
| 8g. **Pension or retirement income** | 8g. | | $ | $ |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | | $ | $ |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 3,590.94 | $ 0.00 |

**10. Calculate monthly income.** Add line 7 + line 9.     10.  $ 3,590.94  +  $ 0.00  =  $ 3,590.94

**11. State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____     11. + $ _____

**12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**

Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.     12.  $ 3,590.94

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

[x] No.

[ ] Yes. Explain: _____

Official Form 106I                    **Schedule I: Your Income**                    Page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Moussa | | Bamba |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Hortense | Gisele | Bamba |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western    District of    North Carolina
(State)

Case number _____
(if known)

Check if this is:
- [ ] An amended filing
- [ ] A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

**1. Is this a joint case?**
- [ ] No.  Go to line 2.
- [x] Yes.  **Does Debtor 2 live in a separate household?**
  - [x] No
  - [ ] Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**      [ ] No
Do not list Debtor 1 and      [x] Yes.  Fill out this information for
Debtor 2      each dependent..........

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 17 yrs | [ ] No  [x] Yes |
| Daughter | 12 yrs | [ ] No  [x] Yes |
| Son | 9 yrs | [ ] No  [x] Yes |
| _____ | _____ | [ ] No  [ ] Yes |
| _____ | _____ | [ ] No  [ ] Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**
- [x] No
- [ ] Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

**4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $ 1310.00

If not included in line 4:

4a. Real estate taxes      4a. $ _____

4b. Property, homeowner's, or renter's insurance      4b. $ _____

4c. Home maintenance, repair, and upkeep expenses      4c. $ 202.22

4d. Homeowner's association or condominium dues      4d. $ 41.00

Official Form 106J                     **Schedule J: Your Expenses**                                   Page 1

Debtor 1    Moussa _____ Bamba _____   Case number *(if known)* _____
            First Name      Middle Name        Last Name

|  | | **Your expenses** |
|---|---|---|
| **5. Additional mortgage payments for your residence,** such as home equity loans | 5. | $ _____ |
| **6. Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 312.89 |
| 6b. Water, sewer, garbage collection | 6b. | $ 96.03 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 312.78 |
| 6d. Other. Specify: _____ | 6d. | $ _____ |
| **7. Food and housekeeping supplies** | 7. | $ 1406.68 |
| **8. Childcare and children's education costs** | 8. | $ _____ |
| **9. Clothing, laundry, and dry cleaning** | 9. | $ 277.62 |
| **10. Personal care products and services** | 10. | $ 100.00 |
| **11. Medical and dental expenses** | 11. | $ 18.50 |
| **12. Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 308.37 |
| **13. Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 169.99 |
| **14. Charitable contributions and religious donations** | 14. | $ 400.00 |
| **15. Insurance.** Include first mortgage payments Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 42.00 |
| 15b. Health insurance | 15b. | $ _____ |
| 15c. Vehicle insurance | 15c. | $ 374.73 |
| 15d. Other insurance. Specify: _____ | 15d. | $ _____ |
| **16. Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 260.14 |
| **17. Installments or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 346.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ _____ |
| 17c. Other. Specify: _____ | 17c. | $ _____ |
| 17d. Other. Specify: student loans | 17d. | $ 134.03 |
| **18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I)** | 18. | $ _____ |
| **19. Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ _____ |
| **20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. Mortgages on other property | 20a. | $ _____ |
| 20b. Real estate taxes | 20b. | $ _____ |
| 20c. Property, homeowner's or renter's insurance | 20c. | $ _____ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ _____ |
| 20e. Homeowner's association or condominium dues | 20e. | $ _____ |

Official Form 106J                         **Schedule J: Your Expenses**                                Page 2

Debtor 1    _Moussa_                              _Bamba_                    Case number (if known) _____
           First Name      Middle Name         Last Name

**21. Other.** Specify: _____     21.  + $ _____

**22. Calculate your monthly expenses.**

    22a. Add lines 4 through 21                                      22a.  $  6,071.98

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.  $ _____

    22c. Add line 22a and 22b.  The result is your monthly expenses.    22c.  $  6,071.98

**23. Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.  $  3,590.94

    23b. Copy your monthly expenses from line 22c above.              23b. - $  6,071.98

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.                         23c.  $  -2,522.04

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    [x] No.

    [ ] Yes.

    Explain here:

Official Form 106J                                    **Schedule J: Your Expenses**                                    Page 3

| Fill in this information to identify your case: | | |
|---|---|---|

| Debtor 1 | Moussa | | Bamba |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Hortense | Gisele | Bamba |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Western  District of  North Carolina
(State)

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... | $ 50,576.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................. | $ 172,912.40 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................. | $ 223,488.40 |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of *Schedule D*..... | $ 383,009.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................ | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.............................. | $ 218,967.99 |
| **Your total liabilities** | $ 601,976.99 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| 4. *Schedule I: Your Income* (Official Form 106I) | |
|---|---|
| Copy your combined monthly income from line 12 of *Schedule I*........................................................... | $ 3,590.94 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................. | $ 6,071.98 |

Official Form 106Sum | **Summary of Your Assets and Liabilities and Certain Statistical Information** | Page 1 of 2

Debtor 1    <u>Moussa</u>            <u>Bamba</u>           Case number (if known) _____
      First Name        Middle Name       Last Name

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
| --- | --- |

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13**

  ☐   No. You have nothing else to report on this part of the form. Check this box and submit this form to the court with your other schedules.

  ☒   Yes

**7. What kind of debts do you have?**

  ☒   **Your debts are primarily consumer debts.** Consumer debts art those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

  ☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the Statement of Your Current Monthly Income:** Copy your total current monthly income from Official Form 122A-1 Line 11, OR, Form 122B Line 11; OR, Form 122C-1 Line 14.      $ <u>0.00</u>

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F***

| | **Total claim** |
| --- | --- |
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ <u>0.00</u> |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ <u>0.00</u> |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ <u>0.00</u> |
| 9d. Student loans. (Copy line 6f.) | $ <u>9,313.00</u> |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g) | $ <u>0.00</u> |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h) | + $ <u>0.00</u> |
| 9g. **Total.** Add lines 9a through 9f. | $ <u>9,313.00</u> |

Official Form 106Sum          **Summary of Your Assets and Liabilities and Certain Statistical Information**          Page 2 of 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Moussa | | Bamba |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Hortense | Gisele | Bamba |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Western | District of | North Carolina |
| | | | (State) |
| Case number | | | |
| | (if known) | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

[x] No

☐ Yes.    Name of person _____    Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ M. Bamba                                    X  /s/ H. Bamba
   Signature of Debtor 1                              Signature of Debtor 2

Date   09/28/2017                                  Date   09/28/2017
       MM / DD / YYYY                                      MM / DD / YYYY

Official Form 106Dec                      Declaration About an Individual Debtor's Schedules

| **Fill in this information to identify your case:** | |
|---|---|

| Debtor 1 | Moussa | | Bamba | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Hortense | Gisele | Bamba | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Western | District of | North Carolina | |
| | | | (State) | |
| Case number | | | | |
| | (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7     **12/15**

If you are an individual filing under chapter 7, you must fill out this form if:
*  creditors have claims secured by your property, or
*  you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Have Secured Claims** |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured By Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intent to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of America** <br><br> Description of property securing debt: **15119 Callow Forest dr. Charlotte, NC  28273** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☒ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☒ Yes |
| Creditor's name: **Wells Fargo Home Mortgage** <br><br> Description of property securing debt: **206 Oakton Glen Charlotte, NC  28262** | ☒ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☒ Yes |
| Creditor's name: **Truliant** <br><br> Description of property securing debt: **2008 Mercedes E350** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☒ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☒ Yes |
| Creditor's name: _____ <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |

Official Form 108
Debtor 1 ___Moussa___ _____ ___Bamba_____    Case number (if known) _____    Page 1

**Statement of Intention for Individuals Filing Under Chapter 7**

First Name        Middle Name        Last Name

---

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: ___Metropolitan Realty Co.   ???___ <br> Description of leased property:    1111 Metropolitan Ave., Ste. 120, Charlotte, NC  28204 ??? | ☐ No <br> ☒ Yes |
| Lessor's name: ___Franchise ???___ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: | ☐ No <br> ☐ Yes |

---

| **Part 3:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X ___/s/ M. Bamba_____         X ___/s/ H. Bamba_____
Signature of Debtor 1                 Signature of Debtor 2

Date ___09/29/2017___                 Date ___09/29/2017___
MM / DD / YYYY                        MM / DD / YYYY

Official Form 108                   Statement of Intention for Individuals Filing Under Chapter 7                   Page 2
**B2030 (Form 2030) (12/15)**

# United States Bankruptcy Court

<u>Western</u>   District of   <u>North Carolina, Charlotte Division</u>

In re

Debtor   Moussa  Bamba

Case No. _____

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................   $1,500.00

Prior to the filing of this statement I have received....................................................   $1,500.00

Balance Due.............................................................................................................   $0.00

2.  The source of the compensation paid to me was:

    [X] Debtor   [ ] Other (specify): _____

3.  The source of compensation to be paid to me is:

    [X] Debtor   [ ] Other (specify): _____

4.  [X]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ]  I have agreed to share the above-disclosed compensation with an other person or persons who are not members or associates of my law firm.

    A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/29/2017                                    /s/ BLWhite
_____                    _____
Date                                         Signature of Attorney

                                             Barbara L. White, Attorney at Law
                                             _____
                                             Name of Law Firm

# United States Bankruptcy Court

### **Western** District of **North Carolina, Charlotte Division**

In re:   Moussa  Bamba

_____
**Debtor**

Case No.

_____
**(If known)**

### CERTIFICATION OF MAILING MATRIX CREDITOR LIST

    I hereby certify that the attached Mailing Matrix Creditor List, which consists of ___3___ pages, is true, correct and complete to the best of my knowledge.

Date:   09/29/2017
_____

Signature:   /s/ M. Bamba
_____
Debtor

Date:   09/29/2017
_____

Signature:   /s/ H. Bamba
_____
Joint Debtor, if any

(If joint case, both spouses must sign)

U.S. Attorney's Office
227 W. Trade St., Suite 1700
Charlotte, NC  28202

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

NC Department of Revenue
PO Box 1168
Raleigh, NC  27602

City-County Tax Collector
PO Box 31637
Charlotte, NC  28231

American Express
PO Box 981537
El Paso, TX  79998

Bank of America
4909 Savarese Circle
Tampa, FL  33634

Bank of America
PO Box 15796
Wilmington, DE  19886-5796

Bank of America
PO Box 982238
El Paso, TX  79998

Banker's Healthcare Group
PO Box 332509
Murfreesboro, TN  37133

Barclays Bank, DE
PO Box 8803
Wilmington, DE  19899

BB&T
PO Box 2306
Wilson, NC  27894


BHG
PO Box 306005
Nashville, TN  37230-6005


Capital One
15000 Capital One Dr.
Richmond, VA  23238


Carmel Family Physicians
PO Box 70826
Charlotte, NC  28272-0826


CBNA
50 Northwest Point Rd.
Elk Grove Village, IL  60007


Chase
PO Box 15123
Wilmington, DE  19850-5123


Citi
PO Box 6241
Sioux Falls, SD  57117


Comenity/AMRTV
PO Box 182789
Columbus, OH  43218


Credit First, NA
6275 Eastland Rd.
Brookpark, OH  44142


Discover
PO Box 15316
Wilmington, DE  19850


Fifth Third Bank
PO Box 740789
Cincinnati, OH  45274-0789


Navient
123 S. Justison St.
Ste. 30
Wilmington, DE  19801

Pentagon Federal Credit Union
PO Box 1432
Alexandra, VA  22313


Pinnacle Bank
114 W. College St.
Murfreesboro, TN  37130


State Farm
3 State Farm Plaza
N-4
Bloomington, IL  61791


Syncb/Amazon
PO Box 965015
Orlando, FL  32896


Syncb/Haverty's
950 Forrer Blvd.
Kettering, OH  45420


Syncb/Lowe's
PO Box 965005
Orlando, FL  32896


Truliant
3200 Truliant Way
Winston-Salem, NC  27103


USAA
PO Box 47504
San Antonio, TX  78265


US Dept. of Education
PO Box 7860
Madison, WI  53707


UW Credit Union
3500 University Ave.
Madison, WI  53705


Wells Fargo
PO Box 14517
Des Moines, IA  50306


Wells Fargo Home Mortgage
PO Box 10335

Des Moines, Iowa  50306


Wood Forest Bank
PO Box 790408
St. Louis, MO  63179-0408