FORM 1

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-31607-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | BAMBA, MOUSSA AND BAMBA, HORTENSE GISELE | Date Filed (f) or Converted (c): | 09/30/2017 (f) |
| For the Period Ending: | 4/13/2021 | §341(a) Meeting Date: | 11/01/2017 |
| | | Claims Bar Date: | 03/06/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Single-family home  15119 Callow Forest Dr  Charlotte, NC 28273  Mecklenburg 20123420 | $50,576.00 | $0.00 | | $0.00 | $50,576.00 |
| 2  Single-family home  206 Oakton Glen  Charlotte, NC 28262  Mecklenburg 02123420 | $0.00 | $39,384.00 | | $5,425.23 | $129,190.77 |
| Asset Notes:  Adjustment made to reflect $9,000 settlement with co-owner, see Order at DOC 44 | | | | | |
| 3  2008 Mercedes E350  132,278 miles VIN: WDBUF87X28B216044 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 4  2004 Nissan Quest  132,990 miles VIN: NqBU28B84N329966 | $3,800.00 | $0.00 | | $0.00 | $3,800.00 |
| 5  Furniture, Appliances, Lawn furniture, | $6,750.00 | $0.00 | | $0.00 | $6,750.00 |
| 6  TV's, Blue Ray Amplifier | $525.00 | $0.00 | | $0.00 | $525.00 |
| 7  Everyday clothing, outerwear, work clothes, shoes, accessories | $300.00 | $0.00 | | $0.00 | $300.00 |
| 8  Wedding rings | $2,000.00 | $0.00 | | $0.00 | $2,000.00 |
| 9  Cash | $0.00 | $0.00 | | $0.00 | $0.00 |
| 10  Bank of America xxx4172 | $12.40 | $0.00 | | $0.00 | $12.40 |
| Asset Notes:  Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to LLC Account | | | | | |
| 11  Bank of America xxx4670 | $154.93 | $0.00 | | $0.00 | $154.93 |
| 12  Bank of America xxx8475 | $9.91 | $0.00 | | $0.00 | $9.91 |
| 13  Bank of America ckgs. 6349 | $2.75 | $0.00 | | $0.00 | $2.75 |
| Asset Notes:  Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 14  UW Credit Union sv. xxx7702 (joint) | $134.22 | $0.00 | | $0.00 | $134.22 |
| Asset Notes:  Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 15  UW Credit Union sv. xxx7701 | $173.18 | $0.00 | | $0.00 | $173.18 |
| Asset Notes:  Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 16  Sun Trust ck. xxx4107 | $15,007.79 | $0.00 | | $0.00 | $15,007.79 |
| Asset Notes:  Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to LLC Account | | | | | |
| 17  Bank of America (overdraft account) xxx4482 | $10.00 | $0.00 | | $0.00 | $10.00 |
| Asset Notes:  Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 18  Bank of America sv xxx1036 | $2.47 | $0.00 | | $0.00 | $2.47 |
| Asset Notes:  Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 19  Bank of America sv. 6352 | $0.01 | $0.00 | | $0.00 | $0.01 |
| Asset Notes:  Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 20  New Dominion Money Market. xxx3171 | $3,417.40 | $0.00 | | $0.00 | $3,417.40 |
| Asset Notes:  Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to LLC Account | | | | | |

FORM 1
Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-31607-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | BAMBA, MOUSSA AND BAMBA, HORTENSE GISELE | Date Filed (f) or Converted (c): | 09/30/2017 (f) |
| For the Period Ending: | 4/13/2021 | §341(a) Meeting Date: | 11/01/2017 |
| | | Claims Bar Date: | 03/06/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21  New Dominion Checking xxx8388 | $300.00 | $0.00 | | $0.00 | $300.00 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to LLC Account | | | | | |
| 22  Sun Trust ckg. xxx3943 | $5.35 | $0.00 | | $0.00 | $5.35 |
| 23  Sun Trust xxx3950 | $43.79 | $0.00 | | $0.00 | $43.79 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 24  Sun Trust xxx5935 sv. | $1,000.00 | $500.00 | | $0.00 | $1,000.00 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from $1,000 under 1-362 to $500 under a2 | | | | | |
| 25  Sun Trust xxx5950 svg. | $175.00 | $0.00 | | $0.00 | $175.00 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 26  Sun Trust money market xxx5943 | $95.00 | $0.00 | | $0.00 | $95.00 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to LLC Account | | | | | |
| 27  Truliant ckg. xxx0744 | $14.78 | $0.00 | | $0.00 | $14.78 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 28  Truliant savings xxx0577 | $22.72 | $0.00 | | $0.00 | $22.72 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 29  Truliant xxx8728 | $5.00 | $0.00 | | $0.00 | $5.00 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 30  Truliant xxx8736 svg | $5.00 | $0.00 | | $0.00 | $5.00 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 31  Truliant xxx9655 svg. | $10.00 | $0.00 | | $0.00 | $10.00 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 32  Truliant Dollar Cert. xxx0593 | $347.16 | $0.00 | | $0.00 | $347.16 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 33  Truliant Dollar Cert. xxx 0600 | $318.62 | $0.00 | | $0.00 | $318.62 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from 1-362 to a2 | | | | | |
| 34  Fidelity Investments | $481.39 | $0.00 | | $0.00 | $481.39 |
| 35  Mus Macaron, LLC (H) 100% | $0.00 | $0.00 | | $0.00 | $0.00 |
| 36  Gigi's Macaron, LLC (W) 100 % | $0.00 | $0.00 | | $0.00 | $0.00 |
| 37  Oppenheimer xxx4051 | $121,401.43 | $0.00 | | $0.00 | $121,401.43 |
| 38  Fidelity xxx4765 | $0.05 | $0.00 | | $0.00 | $0.05 |
| 39  Security deposit on commercial rental | $3,898.67 | $0.00 | | $0.00 | $3,898.67 |
| Asset Notes: Per amendment of 12/5/17 at Doc 12, exemption changed from a2 to LLC Account | | | | | |
| 40  NC 529 Plan 2F63 | $3,030.66 | $0.00 | | $0.00 | $3,030.66 |
| 41  NC 529 Plan 2F60 | $3,084.67 | $0.00 | | $0.00 | $3,084.67 |
| 42  NC 529 Plan 2F62 | $2,873.10 | $0.00 | | $0.00 | $2,873.10 |
| 43  Le Macaron Development, LLC (franchise) | $0.00 | $0.00 | | $0.00 | $0.00 |
| 44  State Farm Term (H) Wife | $0.00 | $0.00 | | $0.00 | $0.00 |
| 45  State Farm Term (W) Husband | $0.00 | $0.00 | | $0.00 | $0.00 |

**FORM 1**
Page No: 3

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-31607-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | BAMBA, MOUSSA AND BAMBA, HORTENSE GISELE | Date Filed (f) or Converted (c): | 09/30/2017 (f) |
| For the Period Ending: | 4/13/2021 | §341(a) Meeting Date: | 11/01/2017 |
| | | Claims Bar Date: | 03/06/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 46 Claiborne Servicing & Contracting/Roddy Claiborne, 6001 Sullins Rd., Charlotte, NC 28214 | $3,500.00 | $0.00 | | $0.00 | $3,500.00 |
| 47 2017 Tax Refunds (u) | $0.00 | $4,281.00 | | $4,281.00 | $0.00 |

Asset Notes: Estate Portion of Refund is $3,201.95

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Assets**
$223,488.45        $44,165.00                                                          $9,706.23        $352,679.22

---

**Major Activities affecting case closing:**

04/08/2021   NOTES

01/14/2021 12:11pm SXB Gather information for preparation report. Forward to ABS for review.

1 19 21  Gather additional information. Prepare SAR. Finalize and file same with WDNC. sxb

| 01/14/2021 | NOTES |
| 10/06/2020 | NOTES |
| 07/15/2020 | NOTES |
| 04/14/2020 | NOTES |
| 01/13/2020 | NOTES |
| 10/29/2019 | NOTES |
| 07/16/2019 | NOTES |
| 01/18/2019 | NOTES |
| 07/08/2018 | NOTES |
| 01/22/2018 | NOTES |

| Initial Projected Date Of Final Report (TFR): | 01/17/2021 | /s/ A. BURTON SHUFORD |
| Current Projected Date Of Final Report (TFR): | 06/01/2021 | A. BURTON SHUFORD |

| Case No. | 17-31607-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | BAMBA, MOUSSA AND BAMBA, HORTENSE GISELE | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4336 | | Checking Acct #: | ******1607 |
| Co-Debtor Taxpayer ID #: | **-***4337 | | Account Title: | |
| For Period Beginning: | 9/30/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/13/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/05/2018 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $62.16 | | $62.16 |
| 06/11/2018 | (47) | US TREASURY | 2017 TAX REFUND | 1124-000 | $4,281.00 | | $4,343.16 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.17 | $4,338.99 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.44 | $4,332.55 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1.03 | $4,331.52 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1.03) | $4,332.55 |
| 08/08/2018 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $333.94 | | $4,666.49 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $81.66 | $4,584.83 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($81.66) | $4,666.49 |
| 09/06/2018 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $188.44 | | $4,854.93 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $6.94 | $4,847.99 |
| 11/05/2018 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $342.25 | | $5,190.24 |
| 02/04/2019 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $528.03 | | $5,718.27 |
| 03/05/2019 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1280-002 | $13.04 | | $5,731.31 |
| 04/08/2019 | 5001 | A. BURTON SHUFORD | Correct Clerical Error - See Order at Doc. 40 | 1280-002 | ($13.04) | | $5,718.27 |
| 05/17/2019 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $534.97 | | $6,253.24 |
| 08/06/2019 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $534.09 | | $6,787.33 |
| 10/04/2019 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $347.39 | | $7,134.72 |
| 11/05/2019 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $178.03 | | $7,312.75 |
| 12/03/2019 | 5002 | A. BURTON SHUFORD | FEE ORDER #47 | 3110-000 | | $4,672.50 | $2,640.25 |
| 12/03/2019 | 5003 | A. BURTON SHUFORD | FEE ORDER #47 | 3120-000 | | $205.39 | $2,434.86 |
| 02/04/2020 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $521.07 | | $2,955.93 |
| 05/05/2020 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $317.67 | | $3,273.60 |
| 07/07/2020 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1110-000 | $178.12 | | $3,451.72 |
| 08/04/2020 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $89.06 | | $3,540.78 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.15 | $3,535.63 |
| 09/08/2020 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $133.25 | | $3,668.88 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.30 | $3,663.58 |
| 10/05/2020 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $281.60 | | $3,945.18 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.69 | $3,939.49 |
| 11/03/2020 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $133.25 | | $4,072.74 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.93 | $4,066.81 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.93 | $4,060.88 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.92 | $4,054.96 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.91 | $4,049.05 |
| 03/03/2021 | | Independent Bank | Transfer | 9999-000 | | $4,049.05 | $0.00 |

**SUBTOTALS** $8,984.32 $8,984.32

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-31607-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | BAMBA, MOUSSA AND BAMBA, HORTENSE GISELE | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4336 | | Checking Acct #: | ******1607 |
| Co-Debtor Taxpayer ID #: | **-***4337 | | Account Title: | |
| For Period Beginning: | 9/30/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/13/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $8,984.32 | $8,984.32 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $4,049.05 | |
| | | | Subtotal | | $8,984.32 | $4,935.27 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,984.32 | $4,935.27 | |

| For the period of 9/30/2017 to 4/13/2021 | | For the entire history of the account between 06/05/2018 to 4/13/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,984.32 | Total Compensable Receipts: | $8,984.32 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,984.32 | Total Comp/Non Comp Receipts: | $8,984.32 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,935.27 | Total Compensable Disbursements: | $4,935.27 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,935.27 | Total Comp/Non Comp Disbursements: | $4,935.27 |
| Total Internal/Transfer Disbursements: | $4,049.05 | Total Internal/Transfer Disbursements: | $4,049.05 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-31607-JCW | | Trustee Name: | A. Burton Shuford |
|---|---|---|---|---|
| Case Name: | BAMBA, MOUSSA AND BAMBA, HORTENSE GISELE | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4336 | | Checking Acct #: | ******1607 |
| Co-Debtor Taxpayer ID #: | **-***4337 | | Account Title: | |
| For Period Beginning: | 9/30/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/13/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/03/2021 | | Independent Bank | Transfer | 9999-000 | $4,049.05 | | $4,049.05 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $5.90 | $4,043.15 |
| 04/05/2021 | (2) | WARREN L. TADLOCK | PAYMENT ON SETTLEMENT | 1249-000 | $721.91 | | $4,765.06 |
| | | | **TOTALS:** | | $4,770.96 | $5.90 | $4,765.06 |
| | | | **Less: Bank transfers/CDs** | | $4,049.05 | $0.00 | |
| | | | **Subtotal** | | $721.91 | $5.90 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $721.91 | $5.90 | |

**For the period of 9/30/2017 to 4/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $721.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $721.91 |
| Total Internal/Transfer Receipts: | $4,049.05 |
| | |
| Total Compensable Disbursements: | $5.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/01/2021 to 4/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $721.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $721.91 |
| Total Internal/Transfer Receipts: | $4,049.05 |
| | |
| Total Compensable Disbursements: | $5.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-31607-JCW | Trustee Name: | A. Burton Shuford |
|---|---|---|---|
| Case Name: | BAMBA, MOUSSA AND BAMBA, HORTENSE GISELE | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4336 | Checking Acct #: | ******1607 |
| Co-Debtor Taxpayer ID #: | **-***4337 | Account Title: | |
| For Period Beginning: | 9/30/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/13/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $9,706.23 | $4,941.17 | $4,765.06 |

**For the period of 9/30/2017 to 4/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $9,706.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,706.23 |
| Total Internal/Transfer Receipts: | $4,049.05 |
| | |
| Total Compensable Disbursements: | $4,941.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,941.17 |
| Total Internal/Transfer Disbursements: | $4,049.05 |

**For the entire history of the case between 09/30/2017 to 4/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $9,706.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,706.23 |
| Total Internal/Transfer Receipts: | $4,049.05 |
| | |
| Total Compensable Disbursements: | $4,941.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,941.17 |
| Total Internal/Transfer Disbursements: | $4,049.05 |

/s/ A. BURTON SHUFORD

A. BURTON SHUFORD